IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS,
EASTERN DIVISION

| | |
|---|---|
| ANDREW KORSMO, individually and on behalf of all others similarly situated, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) No. 1:11-CV-01176<br>)<br>) Judge Der-Yeghiayan |
| AMERICAN HONDA MOTOR CO., INC. d/b/a HONDA and MCGRATH ENTERPRISES, INC. d/b/a MCGRATH HONDA OF ELGIN, | ) Magistrate Judge Cox<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**PLAINTIFF'S MOTION FOR AN EXTENSION OF TIME
TO FILE REPLY IN FURTHER SUPPORT OF HIS MOTION FOR CLASS
CERTIFICATION**

Plaintiff, by and through his attorneys, moves this Court for an order extending the time for Plaintiff to file his reply in further support of his motion for class certification. In support of this motion, Plaintiff states as follows:

1. On March 14, 2012, this Court granted Defendants' motion for leave to file a 25-page response to Plaintiff's Motion for Class Certification. Plaintiff's Reply Brief is currently due on March 26, 2012.

2. Plaintiff's counsel has worked diligently to comply with this deadline but, due to the number of issues raised in Defendants' opposition memorandum, as well as other extenuating circumstances, Plaintiff requests additional time to file his reply. Specifically, in addition to other pressing matters that have arisen in the two weeks since Defendants filed their Response Brief, lead counsel moved his personal residence, which caused him to be out of the office all of last week. Due to closing date delays, the dates of the move were not known at the time the briefing schedule was set.

1

3. Further, two unexpected motions to reconsider arose last week (in *Harris v. Avenue Gifts*, et al., 11-cv-00216, pending in the U.S. Dist. Court for the Northern District of Georgia, and in *Christian v. National Link, Inc., et al.*, 11-cv-7504, pending in the U.S. Dist. Court for the Northern District of Illinois). As a result, Plaintiff requires an additional 7 days, up and until April 2, 2012, to file his reply brief.

4. This Motion is brought in good faith and not for any improper purpose.

WHEREFORE, Plaintiff respectfully requests that this Court grant Plaintiff's Motion for Extension of Time and allow him up and until April 2, 2012 to file his Reply in Further Support of Plaintiff's Motion for Class Certification.

Respectfully Submitted,

By: /s/ Lance A. Raphael
One of Plaintiff's attorneys

Lance A. Raphael
Stacy M. Bardo
Allison A. Krumhorn
THE CONSUMER ADVOCACY CENTER, P.C
180 West Washington Street, Suite 700
Chicago, Illinois 60602
(312) 782-5808

Peter Lubin
DITOMMASO LUBIN
17W 220 22nd Street, Suite 200
Oakbrook Terrace, Illinois 60181
(630) 333-0000